**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ASHLEY OSBORNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:11-cv-169 |
| | § | |
| RAMBLING OAKS ASSISTED LIVING | § | |
| CENTER, L.L.C., and | § | |
| ROC OPPORTUNITY, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This final judgment is entered pursuant to Fed. R. Civ. P. 58 and the court's "Judgment as a Matter of Law in Favor of Defendants," signed on June 19, 2012. In accordance with the rulings set forth in that order, it is hereby **ORDERED** that Plaintiff take nothing from Defendants, and that costs shall be taxed against Plaintiff.

**SIGNED this the 19th day of June, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE